UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 7/1/09               │
└─────────────────────────────────┘
```

XIU MING GUO,

               Plaintiff,

-v-

M.D. EUGENE C. CHIANG, *et al.*,

               Defendants.

No. 09 Civ. 5725 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of (1) a letter from the government, dated June 24, 2009, (2) a pre-motion letter from the government, dated June 29, 2009, and (3) a letter from Plaintiff, dated June 30, 2009. The Court hereby orders that counsel for M.D. Euguene C. Chiang, Angela Thompson Tinsley, Esq., file a proper notice of appearance in this matter and submit a response to Plaintiff's letter, which must be *received* by the Court no later than Wednesday, July 8, 2009. The letter should be sent to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov.

The Court will discuss the government's contemplated motion and Plaintiff's response at the conference previously scheduled for July 15, 2009 at 9:00 a.m. The Parties are reminded to submit the Case Management Plan and Scheduling order and status letter described in this Court's June 24, 2009 order, which shall be received no later than July 9, 2009.

SO ORDERED.

Dated:      June 30, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE